UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL WAYNE SKAGGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:11CV2220 HEA |
| ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Respondent. ) | |

### ORDER

This matter is before the Court upon the application of Russell Wayne Skaggs for a Petition for Writ of Habeas Corpus. The Court, however, cannot review the merits of the instant petition at this time, because petitioner has submitted neither the $5 filing fee nor a form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Habeas Cases." As such, the Court will give petitioner an opportunity either to pay the $5 filing fee, *see* 28 U.S.C. § 1914, or to request leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915; Local Rule 2.05(A).

Therefore,

**IT IS HEREBY ORDERED** that the Clerk of Court shall forward to petitioner a form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Habeas Cases."

**IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from the date of this order either to pay the statutory filing fee of $5, or to submit a completed form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Habeas Cases."

**IT IS FURTHER ORDERED** that if petitioner fails to pay the filing fee or to submit the form motion and affidavit within thirty (30) days, the Court will dismiss this action without prejudice. *See* Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that if petitioner submits the form motion and affidavit, or pays the filing fee within thirty (30) days, the Clerk of Court shall cause this action to be resubmitted to the Court for review under 28 U.S.C. § 1915 or the Rules Governing Section 2254 Cases in the United States District Courts.

Dated this 11th day of January, 2012.

_____
**HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE**